```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
YAKOV ROSENBERG,

                Plaintiff,

           -v-

EQUIFAX INFORMATION SERVICES, LLC *et al.*,

                Defendants.
-----------------------------------------------------------------X

19-CV-11472 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

      The Court is in receipt of the Notice of Settlement with Defendant Experian Information Solutions, Inc. filed November 10, 2020. All deadlines and conferences with regard to Defendant Experian Information Solutions, Inc. are hereby adjourned *sine die*. The parties are ORDERED to submit a joint letter updating the Court on the status of the settlement and dismissal by December 10, 2020.

      SO ORDERED.

Dated: November 10, 2020
       New York, New York

                                          JOHN P. CRONAN
                                     United States District Judge