UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
YAKOV ROSENBERG,

      Plaintiff,

  -v-

EQUIFAX INFORMATION SERVICES, LLC *et al.*,

      Defendants.
-----------------------------------------------------------------------X

19-CV-11472 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

  Plaintiff has informed the Court that the present case has been settled between Plaintiff and Defendants Equifax Information Services, LLC (Dkt. 24), American Honda Finance Corp. (Dkt. 27), Experian Information Solutions, Inc. (Dkt. 42), and Savit Collection Agency (Dkt. 43). The only remaining Defendant in this action is American Express.

  The status conference scheduled for November 13, 2020 at 2:00 p.m. is adjourned *sine die*. Plaintiff and Defendant American Express shall submit a joint status letter by November 25, 2020 updating the Court on (1) the status of settlement discussions (Dkt. 41); (2) the status of arbitration; and (3) whether Judge Abrams's May 7, 2020 Order staying the action pending arbitration should remain in effect (Dkt. 37).

  SO ORDERED.

Dated: November 11, 2020
   New York, New York

              JOHN P. CRONAN
              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2020