UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
YAKOV ROSENBERG,

                Plaintiff,

      -v-

EQUIFAX INFORMATION SERVICES, LLC *et al.*,

                Defendants.
-----------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2020

19-CV-11472 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

      The Court is in receipt of the Notice of Settlement with Defendant Savit Collection Agency filed November 11, 2020.  All deadlines and conferences with regard to Defendant Savit Collection Agency are hereby adjourned *sine die*.  The parties are ORDERED to submit a joint letter updating the Court on the status of the settlement and dismissal by December 11, 2020.

      SO ORDERED.

Dated: November 11, 2020
       New York, New York

                                          JOHN P. CRONAN
                                     United States District Judge