UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                         :

YAKOV ROSENBERG,                              :

                   Plaintiff,                  :

                                         :               19-CV-11472 (JPC)

       -v-                             :

                                         :               ORDER

EQUIFAX INFORMATION SERVICES, LLC *et al.*,  :

                                       :

                Defendants.             :

                                         :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On May 7, 2020, the Hon. Ronnie Abrams stayed proceedings between Plaintiff and Defendant American Express National Bank ("American Express") pending arbitration.  (Dkt. 37.) Plaintiff informed the Court by letter dated November 23, 2020 that "settlement talks are ongoing" and that if those talks did not yield a result, then Plaintiff would "pursue his claims in arbitration." (Dkt. 47.)  It therefore seems that, as of November 23, 2020, despite the May 7, 2020 Order staying proceedings pending arbitration, Plaintiff had not submitted his claims to arbitration.

By January 4, 2021, Plaintiff and Defendant American Express shall file a joint letter updating the Court on the status of this case including (1) whether Plaintiff submitted his claims against American Express to arbitration; (2) a detailed description of any arbitration proceedings that have occurred since May 7, 2020; and (3) future anticipated arbitration proceedings.  If Plaintiff has not submitted his claims to arbitration by January 4, 2021, the Court will order the stay be lifted and will then order the parties to submit a proposed case management plan and scheduling order.

     SO ORDERED.

Dated: December 13, 2020
       New York, New York                       _____
                                          JOHN P. CRONAN
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__12/14/2020__