```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                  :
YAKOV ROSENBERG,                                  :
                                                  :
                        Plaintiff,                :
                                                  :            19-CV-11472 (JPC)
        -v-                                       :
                                                  :                ORDER
EQUIFAX INFORMATION SERVICES, LLC et al.,         :
                                                  :
                        Defendants.               :
                                                  :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On January 21, 2021, Plaintiff stated that the parties would submit a stipulation of voluntary dismissal by January 28, 2021. (Dkt. 54.) Plaintiff has failed to do so. If Plaintiff fails to voluntarily dismiss this action within one week of the filing of this order, the Court will lift the stay without further notice and order the parties to submit a proposed case management plan and scheduling order. (*See* Dkt. 52.) At that time, the Court will also order the parties to appear for a conference.

SO ORDERED.

Dated: February 23, 2021
       New York, New York
                                                    _____
                                                         JOHN P. CRONAN
                                                         United States District Judge